1  SEYFARTH SHAW LLP
   Eric M. Lloyd (SBN 254390)
2  elloyd@seyfarth.com
   Ryan McCoy (SBN 276026)
3  rmccoy@seyfarth.com
   560 Mission Street, 31st Floor
4  San Francisco, California 94105
   Telephone:    (415) 397-2823
5  Facsimile:    (415) 397-8549

6  Attorneys for Defendants
   GENERAL ELECTRIC COMPANY, BAKER
7  HUGHES, A GENERAL ELECTRIC
   COMPANY, LORENZO SIMONELLI,
8  MATTHIAS HEILMANN, and HARRY
   ELSINGA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| ERNEST E. JONES, | Case No. 4:18-cv-07086-DMR |
|---|---|
| Plaintiffs, | **NOTICE OF APPEARANCE OF RYAN MCCOY** |
| v. | |
| GENERAL ELECTRIC COMPANY; BAKER HUGHES, A GENERAL ELECTRIC COMPANY; LORENZO SIMONELLI; MATTHIAS HEILMANN; HARRY ELSINGA; AND DOES 1 through 20, inclusive, | |
| Defendants. | |

NOTICE OF APPEARANCE / CASE NO. 4:18-CV-07086-DMR

54427464v.1

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that attorney Ryan McCoy of Seyfarth Shaw LLP, 560 Mission Street, Suite 3100, San Francisco, California 94105, hereby appears as an attorney of record on behalf of the defendants GENERAL ELECTRIC COMPANY; BAKER HUGHES, A GENERAL ELECTRIC COMPANY; LORENZO SIMONELLI; MATTHIAS HEILMANN; and HARRY ELSINGA.

The filing of this form constitutes the first appearance in this case of the attorney listed above. Other members of this attorney's firm or agency have previously appeared in the case.

All pleadings, papers and documents required to be served in this action should also be served on Ryan McCoy, rmccoy@seyfarth.com, in addition to those attorneys already on record with the Court. I request that the Clerk update the docket as indicated.

DATED:  January 25, 2019                     Respectfully submitted,

                                             SEYFARTH SHAW LLP


                                             By:     */s/ Ryan McCoy*
                                                  Eric M. Lloyd
                                                  Ryan McCoy

                                             Attorneys for Defendants
                                             GENERAL ELECTRIC COMPANY, BAKER
                                             HUGHES, A GENERAL ELECTRIC
                                             COMPANY, LORENZO SIMONELLI,
                                             MATTHIAS HEILMANN, and HARRY
                                             ELSINGA